

1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   DANIEL S. LIM (Cal. Bar No. 292406)
4  Assistant United States Attorney
        United States Courthouse
5       411 West 4th Street, Suite 8000
        Santa Ana, California 92701
6       Telephone: (714) 338-3538
        Facsimile: (714) 338-3561
7       E-mail:   Daniel.lim@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

               UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:22-mj-00374-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING CRIMINAL COMPLAINT AND RELATED DOCUMENTS |
| v. | |
| KHANH KIM NGUYEN, | **(UNDER SEAL)** |
| Defendant. | |

     For good cause shown, IT IS HEREBY ORDERED THAT:

     The criminal complaint and any related documents in the above-titled case, the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

  May 20, 2022                           _____
  DATE                                   HON. JOHN D. EARLY
                                         UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

    The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____    _____
DATE                                   HON. JOHN D. EARLY
                                          UNITED STATES MAGISTRATE JUDGE