FILED
CLERK, U.S. DISTRICT COURT

MAY 25 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___DTA___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA v. | PLAINTIFF | CASE NUMBER: 8:22 mj 374-DUTY |
|---|---|---|
| Khanh        Nguyen USMS# _____ | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 05/25/2022    6:05    ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes    ☐ No

4. Charges under which defendant has been booked:

    18 USC 1957

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☒ No    ☐ Yes    Language: _____

7. Year of Birth: 1983

8. Defendant has retained counsel:    ☒ No
    ☐ Yes    Name: _____    Phone Number: _____

9. Name of Pretrial Services Officer notified: Joey A. Johnson

10. Remarks (if any): _____

11. Name: Gary Cher    (please print)

12. Office Phone Number: 310-294-4927    13. Agency: FBI

14. Signature: _____    15. Date: 05/25/2022

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION