*United States Probation & Pretrial Services*

United States District Court
Central District of California

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 5/26/2022 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: ___DTA___ DEPUTY |

Kiry K. Gray
District Court Executive / Clerk of Court



Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer

PACTS No: 7955901

**Passport Receipt**

passport # 496462340

| | |
| --- | --- |
| Defendant Name: | Khanh Kim Nguyen |
| Name on passport, if different: | N/A |
| Country of Origin: | USA |
| Date passport issued: | 11/02/2012 |
| Expiration date of passport: | 11/01/2022 |

Ordered by court in the Central District of California or

Docket Number:                           8:22-00374M-1

_____
Surrendered By

_____
Received By

_____
Returned To

_____
Returned By

Purpose Returned

Address (if mailed)

5/26/22
Date

5/26/2022
Date

_____
Date

_____
Date

Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Suite 4070, Santa Ana, CA 92701-4596 / 714-338-4550 phone, 714-338-4570 fax