```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DANIEL S. LIM (Cal. Bar No. 292406)
Assistant United States Attorneys
Santa Ana Branch Section
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3538
     Facsimile: (714) 338-3708
     E-mail:    daniel.lim@usdoj.gov
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 8:22-mj-374-DUTY |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF APPEARANCE BY ELECTRONIC FILING |
| v. | |
| KHANH KIM NGUYEN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, respectfully submits the Notice of Appearance for the following additional attorney by electronic filing:

| | Name | E-mail Address |
|---|---|---|
| **Additional Assigned AUSA** | DANIEL S. LIM | Daniel.Lim@usdoj.gov |

//

//

1

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to ensure that **DANIEL S. LIM** is associated with this case and receives all e-mails relating to filings in this case.

Dated: May 27, 2022              Respectfully submitted,

TRACY L. WILKISON
United States Attorney

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office


        /s/
DANIEL S. LIM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2